JS-6 /Enter

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVATH TUCH HORN,<br><br>    Petitioner,<br><br>    v.<br><br>F. FOULK, Warden,<br><br>    Respondent. | Case No. CV 13-2526 DOC (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: August 26, 2014

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE